FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 31 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JULIA JAMES,

                Plaintiff,

- against -

THE BOARD OF TRUSTEES OF INTERFAITH
MEDICAL CENTER; ALBERT WILTSHIRE;
FOSTER J. PHILLIPS, IV; CHARLES GRANNUM;
DIANE PORTER, Jointly and Severally; WILLKIE
FARR & GALLAGHER LLP; ALAN LIPKIN;
INTERFAITH MEDICAL CENTER;CHAIRMAN
OF DASNY; JOHN DOE 1,

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-CV-7406 (CBA)

**AMON, Chief United States District Judge:**

Plaintiff Julia James filed this *pro se* action on December 30, 2013. (DE # 1). On December 31, 2013, she amended her complaint. (DE # 4.) Because of the intangible nature of plaintiff's claim, it was unclear to the Court whether plaintiff could properly invoke federal question jurisdiction against each named defendant. By an order dated January 28, 2014, this Court directed plaintiff to file, within 30 days, a second amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. (DE #8.) Plaintiff was advised that the second amended complaint must state the basis for federal jurisdiction and provide a short, plain statement of claim against each named defendant so that the defendants would have adequate notice of the claims against them. (Id.) To date, plaintiff has failed to comply with the Court's January 28, 2014 order.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is

hereby dismissed without prejudice. Although plaintiff has paid the filing fee to initiate this action, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/S/ Chief Judge Carol Bagley Amon
_____
CAROL B. AMON
Chief United States District Judge

Dated: March 31, 2014
Brooklyn, New York

2